**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LYRA C. TANNER                                                                                                    PLAINTIFF

v.                                        No. 4:04CV00505 JLH

BRIAN TANNER, Individually and as
TRUSTEE of the TANNER ENGINEERING
CONSULTANTS, INC. MONEY PURCHASE
PENSION PLAN AND TRUST and as TRUSTEE
of the TANNER ENGINEERING CONSULTANTS,
INC. PROFIT SHARING PLAN AND TRUST;
BRIAN TANNER, Executor of the ESTATE OF
JAMES J. TANNER, JR.; THE ESTATE OF JAMES J.
TANNER, JR.; TANNER ENGINEERING CONSULTANTS,
INC.; and A.G. EDWARDS & SONS, INC.                                                    DEFENDANTS

**ORDER**

Defendants' motion to dismiss appeal is GRANTED. The notice and amended notice of appeal are dismissed.

IT IS SO ORDERED this 1st day of December, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE